IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> v. <br><br> RICKY DALE SORRELLS | NO.  3:18-CR-169-N |

## NOTICE OF PUBLICATION

Pursuant to 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6)(C), I certify that the government posted notice of this forfeiture action on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days beginning on June 2, 2018, as shown by the Advertisement Certification Report attached as Exhibit A.

Respectfully submitted,

ERIN NEALY COX
UNITED STATES ATTORNEY

*/s/ Dimitri N. Rocha*
DIMITRI N. ROCHA
Assistant United States Attorney
Florida Bar No. 693332
1100 Commerce Street, Third Floor
Dallas, Texas  75242-1699
Telephone: 214-659-8650
Facsimile: 214-659-8808
Email: dimitri.rocha@usdoj.gov

## **CERTIFICATE OF SERVICE**

The undersigned Assistant United States Attorney certifies that in accordance with Fed. R. Crim. P. 49, LCrR 49.2, and the Miscellaneous Order on Electronic Case Filing (ECF), the following document:

Government's Notice of Publication

was served on July 20, 2018, pursuant to the district court's ECF system as to ECF filers.

*/s/ Dimitri N. Rocha*
DIMITRI N. ROCHA
Assistant United States Attorney