IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA

v.                                                                      NO.  3:18-CR-169-N

RICKY DALE SORRELLS

## GOVERNMENT'S UNOPPOSED
## MOTION FOR FINAL ORDER OF FORFEITURE

The United States of America (the government), moves the court, pursuant to 21

U.S.C. § 853 and Fed. R. Crim. P. 32.2, to enter a Final Order of Forfeiture, and in support

states:

### ENTRY OF PRELIMINARY ORDER OF FORFEITURE

1.      Defendant Ricky Dale Sorrells pled guilty to Count One of the superseding

information that charged violations of 18 U.S.C. §1349 and received notice that upon

conviction, the government would seek forfeiture of the following:

    a.      $8,633.51 in United States currency seized from the account ending in

        x5221 on March 6, 2017;

    b.      $3,659.01 in United States currency seized from the account ending in

        x1664 on March 5, 2017;

    c.      Currency in lieu of 2014 Maserati GHI, Vehicle Identification Number

        ZAM57RTA0E1112238, titled to Ricky Dale Sorrells;

    d.      2012 Porsche Cayenne, Vehicle Identification Number

        WP1AA2A23CLA01089, titled to Ricky Dale Sorrells;

**USA Motion for Final Order of Forfeiture - Page 1**

e.  Assorted jewelry purchased from Windsor Auction House, Inc. on or about

April 5, 2013 in the amount of $49,662.93; and

f.  Custom-made 14K white gold bracelet set with 51 princess cut diamonds

weighing 10.53 carats with a grade of H/SI1 purchased for $16,400 on May 21,

2015.

("the property") *See* Plea Agreement and Factual Resume (Dkt. 3 and 5).

2.      Pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. §

2461(c), this court entered a Preliminary Order of Forfeiture forfeiting all of the

defendant's right, title, and interest in the property.  (Dkt. 14).

3.      This court's Preliminary Order of Forfeiture directed the United States

Marshals Service, pursuant to 21 U.S.C. § 853(g), to seize and take custody of the property

for disposition according to law.  Further, it required the government to publish notice of

its intention to dispose of the property. (Dkt. 34).

### PROPERTY SEIZED AND NOTICE PUBLISHED

4.      The United States Marshals Service the property pending further orders.

5.      The Preliminary Order of Forfeiture was served pursuant to the district

court's ECF system as to ECF filers.

6.      Pursuant to 21 U.S.C. § 853(n)(1), beginning on June 2, 2018, and

continuing for at least 30 consecutive days, notice of the criminal forfeiture was posted on

an official government internet site. (Dkt. 21).

**USA Motion for Final Order of Forfeiture - Page 2**

## NO CLAIMS OR PETITIONS FILED

7.      Pursuant to 21 U.S.C. § 853(n)(2), no later than 60 days after the first day of publication on the government website or 30 days after receipt of notice of the forfeiture (whichever is earlier), any person asserting a legal interest in the property may petition the court for a hearing to adjudicate the validity of his or her interest in the property.

8.      No claims or petitions have been filed by any third party requesting a hearing to adjudicate an interest in the subject property, and the statutory time-period in which to do so has expired.

## FINAL CRIMINAL JUDGMENT ENTERED

9.      The criminal judgment entered against the defendant on August 9, 2019, included an order of forfeiture as to the defendant's interest in the subject property.

10.     No appeal of the judgment has been filed, and the time to appeal the judgment has elapsed.

WHEREFORE, pursuant to the provisions of 21 U.S.C. § 853(a)(1) and (2) and FED. R. CRIM. P. 32.2, the United States requests that this court enter a Final Order of Forfeiture as to the property in accordance with the proposed order submitted with this motion.  A proposed order is attached to this pleading and also sent to the Court via e-mail in Word format.

Respectfully submitted,

ERIN NEALY COX
UNITED STATES ATTORNEY


/s/ Dimitri N. Rocha
DIMITRI N. ROCHA
Assistant United States Attorney
Florida Bar No. 693332
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8650
Facsimile: 214-659-8808
Email: dimitri.rocha@usdoj.gov

## CERTIFICATE OF CONFERENCE

I certify that the defendant and the attorney for the defendant have previously agreed to forfeiture of the property as requested, and no petitions to the property have been filed by any third party.

/s/ Dimitri N. Rocha
DIMITRI N. ROCHA
Assistant United States Attorney

## <u>CERTIFICATE OF SERVICE</u>

I certify that on September 4, 2019, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic filing" to counsel for defendant, who has consented in writing to accept this Notice as service of this document by electronic means.

/s/ Dimitri N. Rocha
DIMITRI N. ROCHA
Assistant United States Attorney