IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA

v.                                                          No.  3:18-cr-169-M-1

RICKY DALE SORRELLS

### FINAL ORDER OF FORFEITURE

Before the Court is the Government's Unopposed Motion for Final Order of

Forfeiture.  (ECF No. 45).  The Motion is **GRANTED.**  Pursuant to 21 U.S.C. § 853 and Federal

Rule of Criminal Procedure 32.2(b), the Court previously entered a Preliminary Order of

Forfeiture forfeiting the following ("the property") from Defendant:

   a.  $8,633.51 in United States currency seized from the account ending in

       x5221 on March 6, 2017;

   b.  $3,659.01 in United States currency seized from the account ending in

       x1664 on March 5, 2017;

   c.  Currency in lieu of 2014 Maserati GHI, Vehicle Identification Number

       ZAM57RTA0E1112238, titled to Ricky Dale Sorrells;

   d.  2012 Porsche Cayenne, Vehicle Identification Number

       WP1AA2A23CLA01089, titled to Ricky Dale Sorrells;

   e.  Assorted jewelry purchased from Windsor Auction House, Inc. on or about

       April 5, 2013 in the amount of $49,662.93; and

   f.  Custom-made 14K gold bracelet set with 51 princess cut diamonds

       weighing 10.53 carats with a grade of H/SI$_1$ purchased for $16,400 on May 21,

       2015.

Notice of forfeiture of the property has been properly published, and the time for filing petitions under 21 U.S.C. § 853(n)(2) has expired.  No claims or petitions to the property have been filed with or received by the court.

Further, the Court finds that Defendant had an interest in the property that is forfeitable under 21 U.S.C. § 853(a) and 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).  The Court has entered a written judgment of conviction against Defendant that included the forfeiture order, and as of this date, Defendant has not appealed the judgment.

It is **THEREFORE ORDERED** and **ADJUDGED** that all right, title, and interest to the property is hereby condemned and forfeited to and vested in the government, and the United States Marshal's Service, and/or their respective agents or assignees, shall dispose of the property according to law.

**SO ORDERED**.

September 11, 2019.

_____
BARBARA M. G. LYNN
CHIEF JUDGE