IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff | §<br>§<br>§ | |
| VS. | §<br>§ | |
| RICKY DALE SORRELLS,<br>    Defendant, | §<br>§<br>§ | NO. 3:18-CR-169-N |
| and | §<br>§ | |
| TEACHER RETIREMENT SYSTEM OF<br>TEXAS,<br>    Garnishee. | §<br>§<br>§<br>§ | |

**GARNISHEE TEACHER RETIREMENT SYSTEM OF TEXAS'S
ORIGINAL ANSWER TO PLAINTIFF UNITED STATES OF AMERICA'S
APPLICATION FOR WRIT OF GARNISHMENT**

Garnishee, Teacher Retirement System of Texas ("TRS"), files this Original Answer to

Plaintiff United States of America's Writ of Garnishment.

**I.
Background Facts**

1.      Ricky Dale Sorrells ("R. Sorrells"), judgment debtor and defendant herein, pled

guilty to count one: Conspiracy to Commit Honest Services Wire Fraud under 18 U.S.C. § 1349

and was sentenced to incarceration for eighty-four (84) months. Upon release from imprisonment,

he will be on supervised release for a term of two (2) years. *See* Information [Dkt. No. 1]; Judgment

as to Ricky Dale Sorrells [Dkt. No. 41].

2.      R. Sorrells was ordered to pay to the United States a special assessment of $100.00

and restitution in the amount of $125,000,000.00, for a total of $125,000,100.00.  *See* Judgment

as to Ricky Dale Sorrells [Dkt. No. 41]. According to the information set forth in the Writ of

Garnishment, there is a current debt balance of $124,999,549.65 due and owing as of March 23, 2020. *See* Writ of Garnishment [Dkt. No. 50].

3.      On January 2, 2020, the United States of America ("U.S.") filed an Application for Writ of Garnishment to garnish any substantial nonexempt property belonging to R. Sorrells and Margaret Sorrells ("M. Sorrells"). *See* Appl. for Writ of Garnishment [Dkt. No. 48]. On March 23, 2020, the United States District Clerk issued a Writ of Garnishment against the property of R. Sorrells and M. Sorrells held by Garnishee TRS. *See* Writ of Garnishment [Dkt. No. 50]. TRS was served with the writ on April 1, 2020. *See* Ex. A.

4.      As set forth in the affidavit from Garnishee TRS, attached as "**Exhibit A"** and incorporated herein by reference, TRS has custody, control, or possession of a retirement account in R. Sorrells's name. Ex. A. As a TRS retiree, R. Sorrells receives a monthly gross annuity of $5,377.41, subject to his election for $364.44 to be withheld for federal income taxes. *Id*.

5.      As set forth in the affidavit from Garnishee TRS, attached as "**Exhibit A"** and incorporated herein by reference, TRS has custody, control, or possession of a retirement account in M. Sorrells's name. Ex. A. As a TRS retiree, M. Sorrells receives a monthly gross annuity of $3,234.22, subject to her election for $67.28 to be withheld for federal income taxes and $200.00 to be withheld for TRS-Care. *Id*.

## II.
## Answer

6.      TRS acknowledges that the U.S. may garnish R. Sorrells's interest in distributions from his accounts. *See* 28 U.S.C.A. § 3002(12). It is well-established that the U.S. "steps into the shoes" of the debtor," *see United States v. Nat'l Bank of Commerce*, 472 U.S. 713, 725 (1985), and may only exercise those rights belonging to R. Sorrells, *see* 18 U.S.C. § 3613(c). The U.S., therefore, cannot create or enlarge Sorrells' property interest or his rights to funds held by TRS.

7. The distributions made to R. Sorrells are "earnings", as defined in 15 U.S.C. § 1672(a).

8. The distributions made to M. Sorrells are "earnings", as defined in 15 U.S.C. § 1672(a).

9. Upon information and belief, Defendant R. Sorrells is legally married to M. Sorrells and may have a community property interest in M. Sorrells's TRS retirement account benefits. To date, however, the U.S. has not provided any information regarding the dates of R. Sorrells's marriage to M. Sorrells, and TRS has not received any information indicating the extent of R. Sorrells's community property interest in M. Sorrells's TRS retirement account benefits. Accordingly, TRS respectfully requests that the Court require the U.S. to establish the dates of marriage and the extent of R. Sorrell's community property interest in M. Sorrell's TRS retirement account benefits.

10. For R. Sorrells's monthly annuity payments, TRS requests that any payment to the U.S. be capped at twenty-five percent (25%) of the total payment made to him, less required withholding for taxes. *See* 15 U.S.C. § 1673; 28 U.S.C. § 3002(9). *See also U.S. v. DeCay*, 620 F.3d 534, 544 (5th Cir. 2010).

11. For M. Sorrells's monthly annuity payments, after the U.S. establishes R. Sorrells's community property interest, TRS requests that any payment to the U.S. be capped at twenty-five percent (25%) of the total payment made to her, less required withholding for taxes. *See* 15 U.S.C. § 1673; 28 U.S.C. § 3002(9). *See also DeCay*, 620 F.3d at 544.

12. As required by law, TRS will withhold all monies required for federal income taxes by the Internal Revenue Code and any other amounts required by law at the time of payment.

## Prayer

WHEREFORE, PREMISES CONSIDERED, the Teacher Retirement System of Texas prays that this Honorable Court deem the Writ of Garnishment answered, and upon final judgment enter such order as may be proper and grant such other relief to which TRS may show itself justly entitled.

Dated: April 9, 2020

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

RYAN L. BANGERT
Deputy First Assistant Attorney General

DARREN L. McCARTY
Deputy Attorney General for Civil Litigation

JOSHUA R. GODBEY, Division Chief
Financial Litigation and Charitable Trusts Division

*/s/ William Sumner Macdaniel*
WILLIAM SUMNER MACDANIEL
Assistant Attorney General
State Bar No. 24093904
Telephone: (512) 936-1862
Email: william.macdaniel@oag.texas.gov
PAUL JONES
Assistant Attorney General
State Bar No. 24048255
Telephone: (512) 463-2018
Email: paul.jones@oag.texas.gov
Financial Litigation and Charitable Trusts Division
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548/Mail Stop 017
Austin, Texas 78711-2548
Telecopier: (512) 477-2348

*Counsel for Teacher Retirement System of Texas*

## Certificate of Service

I certify that on this 9th day of April 2020, the foregoing *Garnishee Teacher Retirement System of Texas's Original Answer to Plaintiff United States of America's Application for Writ of Garnishment* was electronically filed with the Clerk of the Court and served on the following parties of record via CM/ECF or as otherwise indicated below:

*Via CM/ECF*

Andrew O Wirmani
Dimitri Narcisco Rocha
Joseph Andrew Magliolo
Morgan Clemons
Assistant United States Attorney
1100 Commerce Street, Third Floor
Dallas, Texas 78242-1699
Andrew.Wirmani@usdoj.gov
Dimitri.Rocha@usdoj.gov
Joseph.Magliolo@usdoj.gov
Morgan.Clemons@usdoj.gov

*Counsel for Plaintiff, United States of America*

*Via CM/ECF*

Cynthia Michelle Barbare
Law Offices of Barbare & Associates
8344 East R L Thornton Frwy, Ste 404
Dallas, Texas 75228
Barbarelawyer@yahoo.com

*Counsel for Judgment Debtor/Defendant Ricky Dale Sorrells*

## Certificate of Service

I certify that on the 13th day of April 2020, the foregoing *Garnishee Teacher Retirement System of Texas's Original Answer to Plaintiff United States of America's Application for Writ of Garnishment* was sent to the interested party as indicated below:

*Via Certified Mail, Return Receipt Requested*

Margaret Sorrells
8539 Forest Hills Blvd
Dallas, Texas 75218-4341

*Interested Party*

      */s/ William Sumner Macdaniel*
      WILLIAM SUMNER MACDANIEL
      Assistant Attorney General