U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUN 2 7 2022

CLERK, U.S. DISTRICT COURT
By_____ YL
Deputy

June 21, 2022

Chief Justice Barbara M. G. Lynn
Northern District of Texas
1100 Commerce Street
Dallas, Texas. 75242

RE:  Case Number:  3:18-CR-00169-M

Dear Honorable Chief Justice:

Please  withdraw my Motion for Compassionate Release (ECF No 59) filed with the court effective today.


Sincerely,

Ricky Dale Sorrells

PO Box 26010
Beaumont, TX
77720

NORTH TEXAS TX P&DC
DALLAS TX 750
22 JUN 2022   PM 3   L

Chief Justice Barbara M.G. Lynn
Northern District of Texas
1100 Commerce Street Room 1452
Dallas, TX 75242

CASE 3:18-CR-00169-M

75242-131052